**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY / VALDOSTA DIVISION**
**AT ALBANY, GEORGIA**



## USA V. LEAH LEHMAN
### 7:23CR067
### Sentencing
### 5/30/2024

| Exhibit No.: | Description | Tendered | Admitted without objection [unless noted] |
|---|---|---|---|
| | **Plaintiff's Exhibit** | | |
| **1** | **Southern Pine Cre. Union Report** | **X** | **X** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |