UNITED STATES DISTRICT COURT  FILED '24 07 23 AM09:37 MDGA-MAC
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEAH LEHMAN,<br><br>　　　　Defendant,<br><br>　　AND<br><br>NEW YORK LIFE INVESTMENTS<br><br>　　　　Garnishee. | :<br>:<br>:<br>: CASE NUMBER 7:23-CR-67<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ANSWER OF THE GARNISHEE

_____Sophie Park_____ BEING DULY SWORN
　　　(Affiant)

DEPOSES AND SAYS:

IF GARNISHEE IS AN INDIVIDUAL:

　　That he/she is Garnishee herein doing business in the name of
_____

_____
[State full name and address of business]

IF GARNISHEE IS A PARTNERSHIP:

　　That he/she is a member _____ of a partnership

composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the [State Official Title] __Senior Specialist__

of Garnishee, a corporation, organized under the laws of the State of __Delaware__.

On __July 15,__ , 2024, Garnishee was served with the Writ of Continuing

The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| | Description of Property | Approximate Value | Debtor's Interest In Property |
|---|---|---|---|
| 1. | MS Moderate Alloc Fund A | $25,185.23 | 100% |
| 2. | MS Moderate Alloc Fund C | $41,628.84 | 100% |
| 3. | | | |
| 4. | | | |

Check the applicable line below if you deny that you hold property subject to this Order of Garnishment.)

_____ [The Garnishee makes the following claim of exemption on the part of Defendant]

_____ [Or has the following objections, defenses, or set-offs to plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

_____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant and that the Garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor,

Sophie Park
(NAME)

51 Madison Ave., New York NY 10010
(ADDRESS)

<u>New York Life Insurance Company</u>
GARNISHEE

Sworn to and subscribed before me this 17th day of July, 2024.

*Roxanne Persaud*
NOTARY PUBLIC

MY COMMISSION EXPIRES: April 12, 2026

Roxanne Persaud
Notary Public, State of New York
NO. 01PE6366749
Qualified in New York County
Commission Expires April 12, 2026