UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NUMBER 7:23-CR-67 |
| LEAH LEHMAN, | : |
| Defendant, | : |
| AND | : |
| NEW YORK LIFE INVESTMENTS | : |
| Garnishee. | : |

## GARNISHEE ORDER

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee filed an Answer stating that at the time of the service of the Writ he had in its possession or under its control personal property belonging to and due defendant, in the sum of: 100% ownership in MS Moderate Alloc Fund A – $25,185.23 and 100% ownership in MS Moderate Alloc Fund C - $41,628.84.

The defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that garnishee pay the sum of **$66,814.07** to plaintiff to be applied toward payment of Defendant's indebtedness to Plaintiff in the above-referenced case. Payment should be made payable to the U.S. District Court and mailed to the U.S. District Court, Attn:

Clerk's Office, P.O. Box 128, Macon, GA 31201-0128.

SO ORDERED, this 13th day of August, 2024.

*W. Louis Sands*
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA